FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 OCT 23 PM 12:03

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | 4:20CR311 |
| vs. | INDICTMENT |
| JESSE CHASE SWARTZ, a/k/a MARK JUSTIN DONOHUE, | 18 U.S.C. § 1546(a) |
| Defendant. | |

The Grand Jury charges that:

COUNT ONE

On or about July 29, 2020, in the District of Nebraska, the Defendant JESSE CHASE SWARTZ, also known as MARK JUSTIN DONOHUE, did knowingly possess a document prescribed by statute or regulation for entry into the United States, that is, a United States passport card bearing number W32538298, which the Defendant knew to be forged, counterfeited, altered, and falsely made.

In violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN #22693
Assistant U.S. Attorney